In re            Case No. 17−30875
                         Chapter 13

Julio Aparicio Ruiz,

    Debtor.

# ORDER

This case is before the court on the following matter:

*25* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Richard D. Shinbaum on behalf of Julio Aparicio Ruiz. Responses due by 11/17/2017. (Attachments: # 1 Exhibit) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated November 18, 2017

Dwight H. Williams Jr.
United States Bankruptcy Judge