*Attorney for Debtor*: